UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUALLA JENKINS,<br>    Plaintiff, | :<br>:<br>: |
| v. | : CIVIL NO. 3:16-cv-00149-RNC<br>: |
| HOUSING AUTHORITY OF THE TOWN OF MANSFIELD and REBECCA FIELDS, individually and in her official capacity as Executive Director of the Housing Authority of the Town of Mansfield,<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>: JUNE 3, 2016<br>: |

## **APPEARANCE**

      Please enter the appearance of the undersigned as counsel in this case for the Defendants, Housing Authority of the Town of Mansfield and Rebecca Fields, in addition to counsel of record.

                                      DEFENDANTS,
                                      HOUSING AUTHORITY OF
                                      THE TOWN OF MANSFIELD
                                      AND REBECCA FIELDS

By:   */s/ Edward M. Richters*
       Edward M. Richters (ct 08043)
       Jackson Lewis P.C.
       90 State House Square, 8th Floor
       Hartford, CT  06103
       Tel: (860) 522-0404
       Fax: (860) 247-1330
       richtere@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

The undersigned hereby certifies that, on this 3rd day of June 2016, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/ Edward M. Richters*
Edward M. Richters