UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUALLA JENKINS,<br>    Plaintiff,<br><br>v.<br><br>HOUSING AUTHORITY OF THE TOWN OF MANSFIELD and REBECCA FIELDS, individually and in her official capacity as Executive Director of the Housing Authority of the Town of Mansfield,<br>    Defendants. | CIVIL NO. 3:16-cv-00149-RNC<br><br><br><br><br><br><br><br>JUNE 3, 2016 |

## **APPEARANCE**

Please enter the appearance of the undersigned as counsel in this case for the Defendants, Housing Authority of the Town of Mansfield and Rebecca Fields, in addition to counsel of record.

                                                    DEFENDANTS,
                                                  HOUSING AUTHORITY OF
                                                  THE TOWN OF MANSFIELD
                                                  AND REBECCA FIELDS

By:    */s/ Anna Matsuo*
           Anna Matsuo (ct 29623)
           Jackson Lewis P.C.
           90 State House Square, 8th Floor
           Hartford, CT  06103
           Tel:  (860) 522-0404
           Fax:  (860) 247-1330
           anna.matsuo@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

The undersigned hereby certifies that, on this 3rd day of June 2016, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                              */s/ Anna Matsuo*
                                              Anna Matsuo